# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES CENTER FOR ORAL AND MAXILLOFACIAL SURGERY,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA Health and Life Insurance Co. and DOES 1-10,<br><br>Defendant. | Case No. 2:21-cv-08663-SVW-MAR<br><br>(Hon. Stephen V. Wilson)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>Complaint Filed:  August 11, 2021<br>Trial Date:  None Set |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear his, her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 4, 2022

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE